UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOEY FOLSE | * | No. |
| | * | |
| Versus | * | JUDGE: |
| | * | |
| CHEVRON U.S.A. INC. | * | MAGISTRATE: |
| | * | |

************************************************************************

## COMPLAINT FOR DAMAGES

The Complaint of **JOEY FOLSE**, a person of the full age of majority, respectfully represents:

I.

Defendant, **CHEVRON U.S.A. INC.**, a foreign corporation doing business in the State of Louisiana and within the jurisdiction of this Honorable Court, is indebted unto Plaintiff for all damages to which he is entitled to receive as prayed for herein, together with legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings in the following, non-exclusive acts of negligence, as set forth more specifically herein.

II.

Jurisdiction of this Court is invoked under the general maritime law and diversity.

III.

Plaintiff was working as a Painter aboard the Jack St. Malo, an oil and gas production platform owned and/or operated by **CHEVRON U.S.A. INC.**, on or about June 29, 2023.

IV.

Plaintiff was employed as a longshoreman by Danos, L.L.C. at the time of this incident.

1

V.

On June 29, 2023, while Plaintiff was walking to the mezzanine deck with a bucket of paint, he tripped on a wire that had been left across a walkway from the paint mixing area, causing him to call onto the deck.

VI.

In connection with this incident, Plaintiff suffered serious and painful injuries to his left shoulder, left knee, and other parts of his body.

VII.

As a result of this incident, Plaintiff has further made a claim for benefits under the Longshore and Harbor Workers' Compensation Act against his employer, Danos, L.L.C., and its insurance carrier, Starr Indemnity & Liability Company.

VII.

At all relevant times, Plaintiff, **JOEY FOLSE,** was performing his job in a safe and non-negligent manner, and did not cause or contribute to his accident or injuries in any fashion.

VIII.

On information and belief, Plaintiff alleges that the sole and proximate cause of the above-described accident was the negligence of **CHEVRON U.S.A. INC.** in the following, non-exclusive respects:

1.  Breach of a legally imposed duty of reasonable care owed by Defendant to Plaintiff;

2.  Failure to provide a reasonably safe place to work;

3.  Failure to properly supervise Plaintiff, his co-workers, or its employees;

4.  Failure to take any means or precautions for the safety of Defendant's employees and other third parties working on the Jack

St. Malo, including Plaintiff;

5.      Failure to provide minimum safety requirements;

6.      Failure to provide adequate equipment for the job in question;

7.      Failure to provide adequate personnel for the job in question;

8.      Other acts of negligence and unseaworthiness which will be shown
        at the trial of this matter.

## XXIV.

As a direct result of the negligence of Defendant, Plaintiff, **JOEY FOLSE**, is entitled to recover from Defendant reasonable and just compensatory, special, and general damages as prayed for herein and to be awarded by this Honorable Court in the following non-exclusive respects:

1.      Past, present, and future physical, mental and emotional pain and suffering;

2.      Past, present, and future loss of wages, fringe benefits and wage earning capacity;

3.      Past and future physical disability;

4.      Past, present, and future medical expenses; and

5.      All other special and general damages as will be shown at the trial of this matter.

## XXVII.

Plaintiff specifically alleges a claim for punitive damages against Defendant herein based upon General Maritime Law. This claim relates to any gross negligence of Defendant, in either its work practices or construction/maintenance of the platform.

**WHEREFORE,** Plaintiff prays that there be Judgment in favor of Plaintiff, **JOEY FOLSE,** and against Defendant, **CHEVRON U.S.A. INC.,** for all damages to which Plaintiff is entitled to recover for the reasons set forth herein, together with legal interest thereon from date of

judicial demand until paid, for payment of all costs, including expert fees, and for all other general and equitable relief.

Respectfully submitted,

*/s/Megan C. Misko* _____
TIMOTHY J. YOUNG (22677)
TAMMY D. HARRIS (29896)
MEGAN C. MISKO (29803)
JOSEPH B. MARINO, III (29966)
The Young Firm
400 Poydras Street, Suite 2090
New Orleans, Louisiana 70130
Telephone (504) 680-4100
Facsimile (504) 680-4101