



| | | |
|---|---|---|
| **Type** | : | **Non-Open Flame** |
| **Number** | : | **JSM-483590** |
| **State** | : | **Awaiting Approval** |



| | |
|---|---|
| Title: | (Atlantis Simien) Power Tooling & Painting (NOFHW) (WAH) |
| High Level Approval Required | No |
| Work Description: | Danos/ PK (NE Mez deck, Gas Glycol exchange) Power Tooling and Painting. (NOFHW) |
| Number of People: | 6 |

## Permit Details

| | |
|---|---|
| Site: | Jack St. Malo |
| Planned Start Date: | 29 Jun 2023 |
| Planned End Date: | 29 Jun 2023 |
| Day/Night Shift: | Day |
| Maximum Lifetime | 1 Days |
| Work Location: | Lower CM |
| Offline Approval and Execution | No |
| Equipment: | Gas Glycol Exchange |
| Tools/Equipment to be used: | Power Tools & Hand Tools, Paint Equipment. |
| Lead Craft: | Construction - Blast & Paint |
| Isolation Requirement: | No |
| Critical Bypass Required | No |
| External Hazard Analysis / Consequence plan | No |
| Revalidate by Permit Approver Required? | Yes |

## Attached Certificates

## Signature History

| Signature | Signee | Remarks | Date | Company |
|---|---|---|---|---|
| Validate by Permit Validator | Choate Michael | | 28 Jun 2023 19:30 | Chevron |
| Request by Permit Requester | Kendrick Comeaux | | 28 Jun 2023 12:46 | Danos |

Awaiting Approval

EXHIBIT

I



Chevron





| | | |
|---|---|---|
| **Type** | : | **Non-Open Flame** |
| **Number** | : | **JSM-483590** |
| **State** | : | **Awaiting Approval** |



| Signature | Print Name | Sign | Date/Time | Company |
|---|---|---|---|---|
| Validate by Permit Validator | | | | |
| Approve by High Level Permit Approver | | | | |
| Approve by Permit Approver | Erik Parker | [signature] | 6-29-23 0713 | [illegible] |
| Accept by Permit Holder | Atlantis Simion | [signature] | 6-29-23 600 | Danos |
| Revalidate by Permit Approver | | | | |
| Take Over responsibility of Permit Approver | | | | |
| Take Over responsibility of Permit Holder | | | | |
| Close Permit By Permit Holder | | | | |

Awaiting Approval

Chevron





| | | |
|---|---|---|
| Type | : | Non-Open Flame |
| Number | : | JSM-483590 |
| State | : | Awaiting Approval |

Live @ 0721



## Gas Measurement Record

Title : (Atlantis Simien) Power Tooling & Painting (NOFHW) (WAH)

Date : 6-29-23

Gas Detector Number(s) : 9

| Date (yy/mm/dd) | Time 24 Hr (e.g., 13:00) | O2% % LEL | LEL% % Vol? | CO ppm | H2S ppm | Other | Qualified Gas Tester Name |
|---|---|---|---|---|---|---|---|
| 230629 | 700 | 20.8 | 0 | 4 | 0 | | [signature] |
| 230629 | 806 | 20.8 | 0 | 0 | 0 | | [signature] |
| 230629 | 900 | 20.8 | 0 | 0 | 0 | | [signature] |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Awaiting Approval






| | | |
|---|---|---|
| Type | : | Non-Open Flame |
| Number | : | JSM-483590 |
| State | : | Awaiting Approval |



## Revalidation Form

Suspension

| Date (yy/mm/dd) | Time (24H e.g. 13.00) | Name | Signature | Name | Signature | Remarks |
|---|---|---|---|---|---|---|
| 230629 | 900 | Atlantis Similey | [signature] | | | Break |

Re-validation

| Date (yy/mm/dd) | Time (24H e.g. 13.00) | Name | Signature | Name | Signature | Remarks |
|---|---|---|---|---|---|---|
| 230629 | 915 | Atlantis Similey | [signature] | | | Return |

Suspension

| Date (yy/mm/dd) | Time (24H e.g. 13.00) | Name | Signature | Name | Signature | Remarks |
|---|---|---|---|---|---|---|
| 230629 | 930 | Atlantis Similey | [signature] | | | Alarm |

Re-validation

| Date (yy/mm/dd) | Time (24H e.g. 13.00) | Name | Signature | Name | Signature | Remarks |
|---|---|---|---|---|---|---|
| 230629 | 1015 | Atlantis Similey | [signature] | | | Return |

Suspension

| Date (yy/mm/dd) | Time (24H e.g. 13.00) | Name | Signature | Name | Signature | Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

Re-validation

| Date (yy/mm/dd) | Time (24H e.g. 13.00) | Name | Signature | Name | Signature | Signature |
|---|---|---|---|---|---|---|
| | | | | | | |

Suspension

| Date (yy/mm/dd) | Time (24H e.g. 13.00) | Name | Signature | Name | Signature | Signature |
|---|---|---|---|---|---|---|
| | | | | | | |

Re-validation

| Date (yy/mm/dd) | Time (24H e.g. 13.00) | Name | Signature | Name | Signature | Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

Awaiting Approval

Chevron





| Type | : | Non-Open Flame |
|---|---|---|
| Number | : | JSM-483590 |
| State | : | Awaiting Approval |



## Hazard Analysis

Hazard Analysis Level: HA

| Task | Hazard (Group) | Control Measure | Prereq. | Controls in Place |
|---|---|---|---|---|
| Default task step | Exposure to dust and debris during surface preparation (Facility Maintenance) | Appropriate respiratory PPE to be worn | No | |
| | | Wear faceshield | No | |

Awaiting Approval








| | | |
|---|---|---|
| **Type** | : | **Non-Open Flame** |
| **Number** | : | **JSM-483590** |
| **State** | : | **Awaiting Approval** |

TOOLBOX MESSAGE

Keep this record with the PTW paper copy, & display these at the worksite

All personnel must review the L1 HA/L2 HA on the attached Permit, participate in the toolbox talk and sign below

CHECKLIST/ PROMPT FOR DISCUSSIONS

| TASK<br>The steps involved in the job | HAZARDS & CONSEQUENCES<br>What could go wrong and what would the effect be? | CONTROLS & MITIGATION<br>How can the hazard be prevented? | RESPONSIBILITY<br>Who is going to take action? | CONTROLS IN PLACE? | |
|---|---|---|---|---|---|
| | | | | YES | NO |
| | | | | | |

GENERAL COMMENTS/OBSERVATIONS IDENTIFIED DURING TOOLBOX Action required? ☐ Yes ☐ No

If scope of work changes or additional hazards are identified, then return permit to Permit Approver.

DETAILS OF PERSONS ATTENDING TOOLBOX TALK

| | | | |
|---|---|---|---|
| Date/Time: | Toolbox conducted by: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |
| Name: | Signature: | Name: | Signature: |




**Start-Work Check •**

# Working at Height

**WHEN TO COMPLETE** – Before the start of any **WORKING AT HEIGHT** activities

| Confirm each control/ safeguard below before starting work | Guidance for confirming each control/safeguard | Person(s) Performing Work | Start-Work Verifier |
|---|---|---|---|
| **I HAVE CONFIRMED:** | | | |
| 1 The hazards are identified, controlled, and it is safe to start | • Complete a task risk assessment specific to the scope of work<br>• Discuss hazards with the work team prior to the start of work<br>• Check for simultaneous operations that may introduce additional hazards | AS | [signature] |
| 2 My fall protection equipment is:<br>• certified<br>• inspected<br>• rated<br>• fit for the task | • Fall protection equipment includes fall arrest and/or fall restraint systems<br>• Full body harness is load rated to support the weight of the worker<br>• Check every strap, buckle, fitting, and/or grommet for signs of wear on fall protection harness<br>• Fall arrest system contains a self-retracting lifeline or shock absorbing lanyard<br>• Fall restraint contains a fixed lifeline configured to prevent the worker from reaching the edge and falling<br>• Fall arrest is shorter than the potential fall distance<br><br>Note: Stop and notify supervisor if the fall protection equipment has excessive wear/damage/mechanical malfunction or is not fit for the task | AS | [signature] |
| 3 The fall protection harness is adjusted to fit | • Only full body harnesses are used<br>• Harness straps are not twisted<br>• Harness body straps are adjusted for close body fit (i.e., no slack)<br><br>Note: Use of body belts is not allowed | AS | [signature] |
| 4 The approved anchor point(s) are in place for 100% tie off | • 100% tie off can occur outside of protected areas (such as an elevated work area not enclosed by hand rails)<br>• The anchor point meets regulatory/company requirements<br>• The position(s) of anchor points allow for 100% tie off<br>• The number of anchor points available allow for 100% tie off<br>• Pull on the connecting device to test if attachment is secure<br><br>Note: Confirm anyone working at height is 100% tied off at all times (e.g., at least one hook must be anchored at all times) | AS | [signature] |
| 5 If a fall occurs, the fall path is clear | • Fall protection is fit for purpose to protect the worker if they fall<br>• Fall arrest distance is shorter than fall distance to first obstruction<br>• If the worker is likely to swing, check that the path is free of obstructions<br>• Mobile obstructions have been removed from fall path | AS | [signature] |
| 6 The tools/materials being used at height are secured | • Tools used at heights have securing wire/lanyards/tethers<br>• Materials used at height are secured in storage boxes, pouches, bags, etc.<br>• Cover openings to lower levels (e.g., grating, gaps, etc.) or use debris nets<br><br>Note: Follow the site/company dropped object prevention program (e.g., work at height tool register) | AS | [signature] |
| 7 Barriers and drop/exclusion zones are in place | • Identify drop/exclusion zones<br>• Control access to drop/exclusion zones during work at height (e.g., attendant or physical barriers) | AS | [signature] |
| 8 The rescue plan is in place and is ready to be used | • The work crew has discussed the rescue plan, including:<br>– How to start the rescue response<br>– Location of rescue equipment and responders<br>• The rescue crew:<br>– is available<br>– is aware of specific hazards related to this task<br>– can execute the rescue plan | AS | [signature] |

**Confirm these controls/safeguards are in place and verified prior to starting work.**
**Stop and seek help if anything changes.**

| | Printed Name & Role | Signature | Date |
|---|---|---|---|
| Start-Work Verifier | Eric Hawkins [handwritten] | [signature] | 6-29-23 |




Start-Work Check

# Working at Height



# GOMBU Non-Open Flame Hot Work Permit

Date: 6-29-23 (A) Time Applicable: 600-1800 (B) Facility Name: JSM

(C) Specific work to be performed: (Note: If scope, location on platform or personnel change, a new permit is required)
Lower CM Mez Dec Power tool re-coating

(D) Area classification where work will be performed as per approved BSEE drawings:

**Division 1** **Division 2** **Unclassified**

**(E) In the blanks to the left, initial each item to acknowledge you will comply with each requirement.**

1. AS A documented Hazard Analysis (HA) or Job Safety Analysis (JSA) has been conducted for the specific work to be performed per this permit and is available at the worksite
2. AS Initial atmospheric testing (O2, LEL, toxic gas) and continuous monitoring using an active pump type unit (Restricted devices allow the use of a wearable gas detector and do not require active pump type units)
3. AS Identification of the last contents of the equipment to be worked on (Refer to the appropriate SDS for the specific flammability and hazard ratings and identify mitigation(s) on the HA or JSA)
4. AS Non-combustible covers shall be used to contain sparks as close to work as possible
5. AS Shut down Non-Open Flame Hot Work during abnormal process operations/upsets
6. AS Shut down all Non-Open Flame Hot Work during process sampling and opening of equipment within 50 feet (15 m) (Examples: Sampling from the Wellhead, header, or vessels, and the opening of pig traps, filters, or strainers)
7. AS Prohibition of any SIMOPS that may conflict with hot work activity
8. AS Appropriate fire extinguishing equipment maintained at the jobsite (fire extinguishers, hoses, monitors)

(F) Gas Detector Data:

Make MSA

Model ALTAIR

Serial Number 184417

Last Calibration Date 6-19-23

(G) Continuous Gas testing monitoring is required for all permitted non-open flame hot work. The Gas Test Log is **NOT** required for Non-Open Flame Hot Work unless requested by the Permit approver. When required by the Permit approver, record additional reading documentation requirements for frequency except for initial readings and at every permit revalidation:

60 (Minutes / Hours) Gas test reading SHALL be recorded at this interval

It is the responsibility of the person performing the Non-Open Flame hot work operations to have an executed copy of this permit before work starts and to see that all prescribed precautions are followed.

[signature]
(H) Permit Applicant

______________________
(I) Approved By Chevron PIC or Designee

(J) Exception(s) to above requirements / Justification (explain):

______________________

______________________

Exception(s) Approved by: ______________________
Chevron PIC or Designee

Eric Parker

## GOM Job Safety Analysis

PTW No: ____________________

| Work Location: Lower CM/ Mez deck, Glycol Exchange | Organization: Danos Coatings | |
|---|---|---|
| **Task Description:** Applying Coating & Power Tooling | **Date:** 06/29/23 | |
| **Required PPE:** Hard Hat, Eye protection and face shield, Dust mask, Hearing protection And Hand Protection | **In Case of Emergency Contact the Following:** | |
| **Required Tools:** | **Company Rep:** Donnie Penton | **Ph #:** |
| **Required Equipment:** Hand Tools and Paint equipment. | **Contractor Rep:** Eric Bergman | **Ph #:** 985-341-7795 |
| **Required Procedures (e.g. Operating, Maintenance, Safety, D&C, etc.):** | **Emergency Responder:** Platform Medic | **Ph #:** 5200 |






UG-102 (9-14)

## Error Traps

(Review the job steps and identify if any of the following Error Traps are applicable)

| Organizational Factors | Task Demands | Work Environment | Individual Factors |
|---|---|---|---|
| ☑ Change | ☐ Vague or poorly written guidance/procedures | ☐ Operational upset | ☐ Stress |
| ☐ Time pressure | ☐ High workload, multitasking | ☐ Inadequate labels, signs, displays | ☐ Fatigue |
| ☐ Inadequate training | ☑ Simultaneous operations | ☐ Confusing system feedback | ☒ Distraction |
| ☐ Unclear roles & responsibilities | ☐ Infrequent or first-time tasks | ☐ Poor equipment interface | ☐ Fitness for duty |
| ☐ Organizational or peer pressure | ☐ Inadequate job planning or design | ☐ Limited tool availability/ accessibility | ☐ Risk tolerance |
| ☐ Poor communication | | ☑ Challenging peer interactions | ☐ Complacency |
| ☐ Poor job planning | | | ☐ Overconfidence |

**30 CFR Part 250, Section 1928, Paragraph (b)** **Applies to Permitted and Non-Permitted Work** **(Including Business Partners JSAs)**
(b) For JSAs, the person in charge of the job must document the results of the JSA in writing and must ensure that records are kept onsite for 30 days. You must retain these records for 2 years and make them available to BSEE upon request.

**30CFR 250.1911(b)(3)**
(3) The individual you designate as being in charge of the facility must approve and sign all JSAs before personnel start the job.
Example: For permitted work the Permit to Work covers the Supervisor signature requirement.

| Key Job Step(s) | Serious Injury and/or Fatality Hazard | Critical Safeguards/ HP Tools | Person Responsible for Safeguard Implementation: | Person Responsible for Safeguard Verification: | * Check all Critical Steps Where Work MUST be Stopped if not executed **exactly** as planned |
|---|---|---|---|---|---|
| Step 1:<br>Fueling compressor<br>And setting up equipment<br><br>Anticipated Performance Mode<br>☐ Knowledge ☐ Rule ☒ Skill | spills not having 3 people to complete job task<br>Splash in eyes. Not having safety pins in hoses and whip checks not in place hoses, hoses in the walkway | Have absorbent Pads on standby Face shield on and a man at the pump a man at the valve and a man in the middle. Run hoses out of walkway when able. Make sure all hoses have pins and whip checks. And inspect all equipment. | Cm<br>ML | AS | ☐ |
| Step 2: Putting up containment, pressure washing & Power tooling.<br>Working over the water.<br><br>Anticipated Performance Mode<br>☐ Knowledge ☐ Rule ☒ Skill | Fly debris, debris in eyes. High winds. Slippery surfaces water injection hose in the walkway. Hand Injuries & Pinch Points.<br><br>Falling into the water. | Wear eye protection at all time and face shield when pressure washing Never point pressure washer at co-works and make sure everyone is aware of trip hazard. Watch your hand placement and have the proper gloves. Wear a work vest at all time working overwater. | Cm<br>ML | AS | ☐ |
| Step 3: Working off a scaffolding. Power tooling and using Hand tools Cleaning up paint chips.<br><br>Anticipated Performance Mode<br>☐ Knowledge ☐ Rule ☒ Skill | Falls, Flying debris. Trip hazards from hoses stretched across walkway. Debris overboard Respiratory damage. | Stay 100% hooked up when working at heights. Wear eye protection and face shield with a dust mask always. Make sure all workers are aware of trip hazards. Clean up all debris at the end of the day. | Cm<br>ML | AS | ☐ |
| Step 4: Mixing Paint Apply Coating Cleaning paint Equipment<br><br>Anticipated Performance Mode<br>☐ Knowledge ☐ Rule ☒ Skill | Inhalation hazard, spills skin and eye irritation. | Be sure to wear all proper PPE. Make sure when mixing paint to do so in a mixing skid and Tyvek suit when needed | Cm<br>ML | AS | ☐ |



UG-102 (9-14)

| Step | Hazard | Control | | | |
|---|---|---|---|---|---|
| Step 5: Secure work area<br>Pulling out drain plugs<br><br>Anticipated Performance Mode<br>☐ Knowledge ☐ Rule ☑ Skill | Straining muscles when lifting equipment. Creating a trip hazard when removing drain plugs. Not using Stop Work Authority. | Use proper lifting technique. And Replacing drain covers right away. Use Stop Work Authority when you see something unsafe | ML | AS | ☐ |

*** The assigned Operations Representative *SHALL* be at the work site during the execution of each *Critical Step* identified in the work scope. (An alternate operations person must be approved by the OIM or designee if the assigned operations representative is unavailable)**

**Discuss and document potential scenarios and conditions that will trigger Stop Work Authority.**

## Work Team Acknowledgement & JSA Approval

**I acknowledge that I understand the contents of this JSA (work team members):**

| Printed Name: | Signature and Date: |
|---|---|
| Marlen Lyons | [signature] 6/29/23 |
| David Morales | [signature] 6/29-23 |
| Ismael Rivera | Ismael Rivera |
| Eric Parker | [signature] 6-29-23 |
| Joey Folse | [signature] 6-29-23 |

**JSA Approval by Person Managing Control of Work (PMCow):**

Printed Name: **Atlantis Simien**

Signature and Date: [signature] 6-29-23



UG-102 (9-14)

Chevron_Folse_0000029

| | |
|---|---|
| **In event of change in Person Managing Control of Work, new Person Managing Control of Work must sign the JSA:**<br>Printed Name: | Signature and Date: |
| **Person In Charge of the Facility:**<br>Printed Name: | Signature and Date: |

## Post Job Debrief

Discuss and document the following:

- What went well?
- What could have gone better?
- What surprised you?
- What could we do differently next time?

**Work Team Acknowledgement & JSA Approval**

**I acknowledge that I understand the contents of this JSA (work team members):**

Printed Name: Atlantis Simien

Signature and Date: [signature] 6-29-23

| | |
|---|---|
| Jessie Green | [signature] 6-29-23 |
| DONNIE PENTON PKT | Donnie Penton 6/29/23 |
| Charles McIntosh | [signature] 6-29-23 |
| Kendrick Comeaux | [signature] 6/29/23 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

danos

**Fall Rescue Plan**

**Date:** 06/29/23 **Job Description:** Power tooling & Painting

**Location: Mezz Deck/ Glycol Gas Exchanger**

| **Contacts** | **Rescue Equipment** | **Critical Rescue Factors** |
|---|---|---|
| Rescuer: Charles McIntosh<br>Competent Person: Atlantis Simien<br>Emergency Contact Eric Bregman 985-341-7795<br>Method of Contact:<br>☐ PA ☐ Verbal/Face to face<br>☐ Radio Channel: 1<br>☐ Phone Number:<br>☐ Other | ☐ Ladder ☐ Block & Tackle<br>☒ Rescue Pole ☐ First Aid Kit<br>☐ Rescue Rope ☐ Life Ring<br>☐ Spider ☐ Work Vest<br>☐ Scaffold ☐ (Cutting Device)<br>☐ Stokes Litter<br>☐ Alternative Lifting & Lowering Device<br>Location of Equipment:<br>☒ Job Site ☐ Gang Box<br>☐ Tool House ☐ | Anchor Point SRL<br>Landing Area Mez Deck<br>Rescue Obstructions/Hazards: Scaffolding |

| Check for Yes | Comment |
|---|---|
| ☐ Have alternatives to using fall arrest equipment been considered? | YES |
| ☐ Has rescue equipment been inspected and found in good shape? | YES |
| ☐ Is equipment adequate for the rescue plan (weight ratings, length, connection type, etc.)? | YES |
| ☐ Have communication devices been identified, located, & tested? | YES |
| ☐ Are all rescuers familiar with the use of the rescue equipment? | YES |
| ☐ If working over water, is there a boat available? | NO |

**Pre Work Tasks:**

1) Inspect al Fall Protection Equipment and all of the Rescue equipment before each use.
2) Keep Ladder in the work area.
3) Use SRL only while working on scaffolding.
4) Rescue Ladder & Rescue Pole on site at all times..
5)
6)

**Response Procedure:**

1) Notify Emergency Contact.
2) Make medical assessment of person.
3) Ask if need medical assist.
4) Loosen Leg Straps slowly
5)
6)