**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JOEY FOLSE** | **CIVIL ACTION NO.: 2:23-CV-05737** |
| | **DISTRICT JUDGE** |
| **VERSUS** | **HON. JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE** |
| **CHEVRON U.S.A. INC.** | **HON. MICHAEL B. NORTH** |

## MMR GROUP, INC.'S WITNESS AND EXHIBIT LISTS

**NOW INTO COURT**, through undersigned counsel, comes defendant, MMR Group, Inc. ("MMR"), who respectfully submits the following list of witnesses who may be called to testify and exhibits which may be introduced into evidence at the trial of this matter. This listing of witnesses and exhibits is made for the purposes of addressing issues raised or that may be raised by Plaintiff, and the listing of such witnesses and exhibits is subject to reservation of all legal objections and defenses, including all objections to relevancy, materiality, or competency of testimony as to any claim or theory advanced by Plaintiff in this litigation. That a witness is listed below does not mean that such witness will necessarily be called at trial. MMR further adopts and incorporates fully, as if asserted herein, the witness and exhibit lists of all other parties in this matter and reserves the right to call any witness listed by any other party.

## WITNESS LIST

1. Any witness listed by plaintiff, or any other party, to this lawsuit

2. The plaintiff of this lawsuit, Joey Folse

3. Any coworker of plaintiff, Joey Folse

4. Any coworker of Joey Folse identified in the course of discovery

5. Any witness deposed in this lawsuit

6. Any family member of plaintiff, Joey Folse

7. Any family member or member of plaintiff's current or former household

8. Corporate representative(s) of any defendant (whether still a party to the suit or previously dismissed)

9. Corporate representative(s) of any employer of plaintiff, Joey Folse

10. Corporate representative(s) of any current or former party to this lawsuit

11. Custodian of records and personnel for any employer of plaintiff, Joey Folse

12. Custodian of records for any defendant named in this suit

13. Custodian of records for the Social Security Administration

14. Custodian of records for the Internal Revenue Service

15. Any representative of any union in which plaintiff, Joey Folse, was a member, if any

16. Any treating physicians of plaintiff, Joey Folse, or any other physicians identified in discovery

17. Corporate representative of any other responsible party that is not a named defendant

18. Corporate representative of MMR

19. Scott Hubbard

20. Any current or former employee of MMR who may have knowledge regarding the facts at issue, including Anthony Bisesi, Cody Collier, Mario Garcia, John Danos, Robert Ford

21. Any current or former employee of Chevron U.S.A. Inc. who may have knowledge regarding the fact at issue, including Josh Jaques, Charles Davis and Beau Harrington

22. Any current or former employee of Danos who may have knowledge regarding the fact at issue, including Robert Short, Athapis Siemien ("Slim"), Gary Montey, James Bogeu, Jr., Matt Fusilier

23. Any current or former employee of Grand Isle Shipyards who may have knowledge regarding the fact at issue

24. Michael Dardar (MMR Expert)

25. Dr. Timothy Finney (Chevron U.S.A. Inc. Expert)

26. Any and all witnesses needed to authenticate or provide foundation for evidence MMR may use to the extent that any other party disputes the admissibility of MMR's exhibits

## EXHIBIT LIST

1. Work Permits Bates Labeled: MMR_000001-000050

2. Photograph Attached as Exhibit 3.a to the May 8, 2025 Deposition of Joey Folse

3. Schematic Attached as Exhibit 2 to the Deposition of Beau Harrington

4. Work Permit and Related Documents Attached as Exhibit 1 to the July 30, 2024 Deposition of Joey Folse

5. Danos Work Permit (Chevron_Folse_0000017-0000032)

6. Danos Incident Investigation Report (Chevron_Folse_0000034-0000037)

7. Transcript of the August 8, 2024 Deposition of Beau Harrington (If Needed for Impeachment or Due to Witness Unavailability)

8. Transcript of the July 1, 2025 Deposition of Beau Harrington (If Needed for Impeachment or Due to Witness Unavailability)

9. Transcript of the July 30, 2024 Deposition of Joey Folse (If Needed for Impeachment)

10. Transcript of the May 8, 2025 Deposition of Joey Folse (If Needed for Impeachment)

11. Transcript of the August 27, 2024 Deposition of Josh Jaques (If Needed for Impeachment or Due to Witness Unavailability)

12. Transcript of the July 1, 2025 Deposition of Josh Jaques (If Needed for Impeachment or Due to Witness Unavailability)

13. The Written Discovery Responses of Any Party in this Litigation

14. Any Document Needed for Impeachment Purposes

Respectfully submitted,

**BIENVENU, FOCO & VIATOR, LLC**


By: *s/Phillip E. Foco*
    Phillip E. Foco, #25670
    Jeremy D. Carter, #39829
    4210 Bluebonnet Boulevard
    Baton Rouge, LA 70809
    Telephone: (225) 388-5600
    Facsimile: (225) 388-5622
    Email: phillip.foco@bblawla.com
           jeremy.carter@bblawla.com

*Counsel for MMR Group, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court and served on all parties via the CM/ECF system.


    *s/Philip E. Foco*
    Phillip E. Foco